JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION, a Washington Corporation; DOE 1 (STORE MANAGER), and DOES 2 to 25, Inclusive,<br><br>Defendants. | CASE NO.  5:25-cv-02847-MRA-PVC<br><br>*[Assigned to Hon. Monica Ramirez Almadani, District Judge, and Hon. Pedro V. Castillo, Magistrate Judge]*<br><br>**ORDER RE: STIPULATION CAPPING PLAINTIFF'S RECOVERY AND REMANDING ACTION TO STATE COURT [10]** |

ORDER RE: STIPULATION CAPPING PLAINTIFF'S RECOVERY AND REMANDING ACTION TO STATE COURT

**ORDER**

Pursuant to the above stipulation and joint request of the parties:

1. Plaintiff's total recovery in this action, if any, is capped at Seventy-Five Thousand Dollars ($75,000);

2. Based on the parties' stipulation that the amount in controversy does not exceed $75,000, exclusive of interest and costs, the Court finds that it lacks subject-matter jurisdiction under 28 U.S.C. § 1332; and

3. This action is REMANDED to the Superior Court of California, County of Riverside, pursuant to 28 U.S.C. § 1447(c).

**IT IS SO ORDERED.**

Dated:     February 4, 2026

HON. MONICA RAMIREZ ALMADANI
U.S. DISTRICT JUDGE

ORDER RE: STIPULATION CAPPING PLAINTIFF'S RECOVERY AND REMANDING ACTION TO STATE COURT